**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
TINA HONG NGUYEN,              )   No. CV 11-0115-CW
                               )
          Plaintiff,           )   JUDGMENT
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )
Commissioner, Social Security  )
Adminstration,                 )
                               )
          Defendant.           )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: January 3, 2012

*Carla M. Woehrle*
_____
CARLA M. WOEHRLE
United States Magistrate Judge